**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 19 MAL 2023

        Respondent             :

                            :    Petition for Allowance of Appeal

                            :    from the Order of the Superior Court

        v.                       :

                            :

ANGEL MARTIN MENDOZA,       :

                            :

        Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.